E-FILED
Thursday, 19 February, 2015 04:40:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BASSAM ASSAF, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 11-4108 |
| v. | ) | |
| | ) | Judge: Michael M. Mihm |
| OSF HEALTHCARE SYSTEM, d/b/a ST. FRANCIS MEDICAL CENTER, | ) | Magistrate Judge: Jonathan E. Hawley |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION IN LIMINE TO BAR DEFENDANT FROM OFFERING ANY EVIDENCE OR ARGUMENT THAT PLAINTIFF BREACHED HIS EMPLOYMENT CONTRACT**

NOW COMES the Plaintiff, Dr. Bassam Assaf, through his attorneys, The Law Offices of Eugene K. Hollander, and for his Motion In Limine To Bar Defendant from offering any evidence or argument that Dr. Assaf committed a breach of his employment contract, states as follows:

1. Under his employment contract, Dr. Assaf was entitled to continue to receive his compensation from OSF for 120 days after he was given written notice of the termination of his contract. Defendant claims that the jury should be instructed that OSF's duty to pay Dr. Assaf under the contract is excused if Dr. Assaf committed a prior material breach of the contract. See Defendant's Proposed Jury Instruction No. 12. Based on Defendant's argument in its motion for summary judgment and on discussions at the final pretrial conference, Plaintiff understands that Defendant intends to argue that Dr. Assaf committed a prior material breach by beginning employment with Trinity on October 1, 2005 in violation of the provision of his contract that required him to practice medicine only with OSF during the term of the agreement.

2. There is no basis for this argument. OSF claims that it gave Dr. Assaf notice of the termination of his contract on June 2, 2005. Dr. Assaf claims that notice was not given until

after July 29, 2005. It is undisputed that OSF stated in a letter to Dr. Assaf dated July 29, 2005 that his employment would terminate on September 30, 2005 and that OSF in fact stopped paying Dr. Assaf as of September 30, 2005. If the jury finds that OSF gave Dr. Assaf proper notice of his termination on June 2, 2005, then its payment of Dr. Assaf's salary until September 30, 2005 will have satisfied its obligations under the contract. In that event, Dr. Assaf's commencement of employment on October 1, 2005 could not be considered a prior breach of the contract and is irrelevant. However, if the jury finds that Dr. Assaf was not given proper notice until after July 29, 2005, then OSF breached the contract by ceasing payment on September 30, 2005. A material breach by one party to a contract discharges the other party from performing its obligations. Quality Components Corp. v. Kel-Keef Enters., 316 Ill. App. 3d 998, 1016 (Ill. App. Ct. 1st Dist. 2000). Accordingly, OSF's September 30, 2005 breach would as a matter of law excuse Dr. Assaf from his contractual obligation not to engage in other employment during the term of his contract with OSF.

3. Because there is no set of facts under which Dr. Assaf's commencement of employment on October 1, 2005 could be construed as a breach of his contract with OSF, any argument or evidence that Dr. Assaf committed a breach of the contract is irrelevant and would only serve to confuse the jury. See Fed. R. Evid. 401, 403.

**WHEREFORE**, Plaintiff, Dr. Bassam Assaf, respectfully requests that this Honorable Court enter an order instructing the Defendant and its counsel not to mention, refer to, interrogate concerning, or attempt to convey to the jury in any manner, either directly or indirectly, any evidence or argument that Dr. Assaf committed a breach of his employment contract, barring Defendant from presenting its proposed Jury Instruction No. 12, and instructing

Defendant and its counsel to not to make any reference to the filing of this motion or this Court's ruling thereon.

Respectfully submitted,
Plaintiff,

By: /s/ Paul W. Ryan
One of his attorneys

Eugene K. Hollander
Paul W. Ryan
**The Law Offices of Eugene K. Hollander**
230 W. Monroe, Suite 1900
Chicago, Illinois 60606
(312) 425-9100

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused copies of the foregoing **Plaintiff's Motion In Limine To Bar Defendant from offering any evidence or argument that Dr. Assaf committed a breach of his employment contract** served upon all counsel of record by electronically filing same using the Court's CM/ECF system on this 19th day of February 2015 before 5:00 p.m.

/s/ Paul W. Ryan