UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BASSAM ASSAF, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 11-4108 |
| v. ) | |
| ) | Judge: Michael M. Mihm |
| OSF HEALTHCARE SYSTEM, d/b/a ST. ) | Magistrate Judge: Jonathan E. Hawley |
| FRANCIS MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION IN LIMINE TO BAR DOUGLAS MARSHALL, DR. ALEX PAREIGIS, DR. MIGUEL SANGUINO, LISA STAHLBERG,  AND DONNA YOUNGLOVE FROM TESTIFYING AT TRIAL**

NOW COMES the Plaintiff, Dr. Bassam Assaf, through his attorneys, The Law Offices of Eugene K. Hollander, and for his Motion In Limine To Bar Douglas Marshall, Dr. Alex Pareigis, Dr. Miguel Sanguino, Lisa Stahlberg, and Donna Younglove from testifying at trial, states as follows:

1. Fed. R. Civ. P. 37(c)(1) provides that "if a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless."

2. In its witness list submitted in connection with the final pretrial order, Defendant disclosed Douglas Marshall, Dr. Alex Pareigis, Dr. Miguel Sanguino, Lisa Stahlberg, and Donna Younglove as trial witnesses.

3. However, Defendant did not disclose these witnesses in its Rule 26(a) disclosures. See Defendant's Rule 26(a) disclosures, attached hereto as Exhibit 1.  There is no justification for Defendant's failure to disclose these witnesses, and allowing them to testify at trial would result in unfair surprise to Plaintiff.

4.  Accordingly, these witnesses should be barred from testifying at trial.

**WHEREFORE**, Plaintiff, Dr. Bassam Assaf, respectfully requests that this Honorable Court enter an order barring Douglas Marshall, Dr. Alex Pareigis, Dr. Miguel Sanguino, Lisa Stahlberg, and Donna Younglove from testifying at trial and instructing Defendant and its counsel to not to make any reference to the filing of this motion or this Court's ruling thereon.

Respectfully submitted,
Plaintiff,

By:  /s/ Paul W. Ryan
One of his attorneys

Eugene K. Hollander
Paul W. Ryan
**The Law Offices of Eugene K. Hollander**
230 W. Monroe, Suite 1900
Chicago, Illinois 60606
(312) 425-9100

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused copies of the foregoing **Plaintiff's Motion In Limine To Bar Douglas Marshall, Dr. Alex Pareigis, Dr. Miguel Sanguino, Lisa Stahlberg, and Donna Younglove** from testifying at trial to be served upon all counsel of record by electronically filing same using the Court's CM/ECF system on this 19th day of February 2015 before 5:00 p.m.

/s/ Paul W. Ryan